September 14, 2009

Mr. Bill F. Bogle
Harris Finley & Bogle, P.C.
777 Main Street, Suite 3600
Fort Worth, TX 76102

Mr. Stephen L. Tatum
Cantey Hanger LLP
600 West 6th St., Suite 300
Fort Worth, Tx 76102-3685
Mr. Blake Allen Bailey
Cantey Hanger LLP
181 Grand Ave., Suite 222
Southlake, TX 76092

Honorable Ken Curry
Judge, 153rd District Court
401 West Belknap
Fort Worth, TX 76196-0225

RE: Case Number: 09-0768
 Court of Appeals Number: 02-09-00267-CV
 Trial Court Number: 153-238622-09

Style: IN RE LIFEGUARD BENEFIT SERVICES, INC. AND THE AMACORE GROUP,
 INC.

Dear Counsel:

 Today the Supreme Court of Texas granted Relators' Motion for
Emergency Stay and issued the enclosed stay order in the above-referenced
case. The parties are to immediately notify this Court of the Court of
Appeal's decision on the interlocutory appeal.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

| | |